**UNITED STATES of America,**
**Appellee,**

v.

**William YOUNGER, Jr., Appellant.**

No. 01–3554.

United States Court of Appeals,
Eighth Circuit.

Submitted March 7, 2002.

Decided March 13, 2002.

Before LOKEN, BYE, and RILEY,
Circuit Judges.

PER CURIAM.

William Younger pleaded guilty to possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Count 1), and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Count 3). The district court,[1] after granting Younger's motion for downward departure, sentenced him to concurrent prison terms of 144 months on Count 1 and 120 months on Count 3, and concurrent 3–year terms of supervised release. On appeal, counsel has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and filed a brief arguing the district court should have granted a larger downward departure.

We conclude that the extent of the district court's departure is unreviewable. *See United States v. Puckett,* 147 F.3d 765, 772 (8th Cir.1998). Moreover, following our independent review, *see Penson v.*

---

**1.** The HONORABLE HOWARD F. SACHS, United States District Judge for the Western District of Missouri.

*Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

**1.** The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.